1
2
3
4
5
6
7
8
9
10
11
12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CIVIL DIVISION**

| | |
|---|---|
| *In re*: Yeshua El, Moor/Indian ex rel GLENN COCHRAN, British Subject<br><br>Petitioner,<br><br><br>**vs**<br><br>STATE OF OHIO, in care of Attorney General, Dave Yost,<br><br><br><br>John McManus, Montgomery County Treasurer<br><br>Respondents, | **3 : 25 cv   1 2 4**<br>Civil Action No.<br><br>**WALTER H. RICE**<br>MAGISTRATE JUDGE   SILVAIN<br><br>PETITION FOR<br>WRIT OF QUO WARRANTO<br><br>MEMORANDUM OF LAW |

13
14
15
16
17   Comes now, Petitioner, Yeshua al-Malik El, Moor/Indian ex rel Glenn Cochran, British Subject,

18   Pro Se, who respectfully requests this Court to issue the Writ of Quo Warranto to prevent and stop

19   the STATE OF OHIO and its courts and officials from exercising jurisdiction which the Definitive

20   Treaty of Peace of 1783 between King George III of Great Britain and the United States of America

21   does not delegate to them.

1

## PETITION FOR WRIT OF QUO WARRANTO

The above-named Chief/Minister respectfully petition the District Court to issue a writ of quo warranto to Respondent(s) Dave Yost, Attorney General and John McManus, Montgomery County Treasurer, who are trying to usurp constitutional authority without an appropriation of law and require them to answer this petition and:

(1) to show by what authority or power delegated to them pertaining to:

    a.  Definitive Treaty of Peace of 1783 between King George III of Great Britain and the United States of America; and

    b.  Treaty of Navigation and Commerce between Great Britain and the United States of 1796 (Jay Treaty); and

    c.  Treaty of Peace, Amity and Understanding between Great Britain and the United States of 1814 (Ghent Treaty); and

    d.  Treaty between the Lenni-Lenape Moors/Indians and the United States of 1778 (Delaware Treaty); and

(2) to show where in the above treaties the High Contracting Parties allowed any public official of a state of the United States to confiscate property, possesions or effects of a British subject or an Indian-Moor in violation of international law; or

(3) in absence of such showing, to require them and their successor(s) to cease and desist from any further judicial authority being usurped without an appropriation by contract law.

2

Additionally, the Petitioner seeks a judgment against the officials and the <u>State of Ohio</u> for the costs of litigation, including attorney fees, because the district attorneys and municipal or county officers are representing the state in their official capacity as officers of the local and state government.

## **INTRODUCTION**

The Petitioner seeks a resolution from this Court of the United States, Constitutional claims pursuant to the state and county officers of the agencies, office and departments that usurped authority neither delegated to John McManus, Montgomery County Treasurer or Dave Yost, Ohio Attorney General (Parens Patriae) nor any of the States' agents, representatives and agencies, departments or courts.

The Petitioner is claiming the judgments and decisions involving him and church property, severely injured them by denying treaty guarantees and rights. In addition, said judgments and decisions have damaged and placed a cloud on a title to property held by our Church, violating Article 9 of the Treaty of Navigation and Commerce between Great Britain and the United States of 1796 (Jay Treaty). There is no plain language in said treaty giving authority to the STATE OF OHIO or its officials. STATE OF OHIO or its officials are not elected officials to handle treaty matters; or to be a Consul; and was not delegated authority from, the President or Congress of the United States or the High Contracting Parties, to make a judicial decision on a dispute concerning treaty guarantees and rights.

3

78    Definitive Treaty of Peace of 1783 between King George III of Great Britain and the United States

79    of America; and Treaty of Peace, Amity and Understanding between Great Britain and the United

80    States of 1814 (Ghent Treaty); and Treaty of Navigation and Commerce between Great Britain

81    and the United States of 1796 (Jay Treaty) only delegate authority to the High Contracting Parties

82    and by law are the only parties that may make a judicial decision on a dispute and these treaties

83    are self executed, and the only mandatory authority pursuant to the supremacy clause in the

84    constitution of the De jure United States of North America.

85

86    Treaty between the Lenni-Lenape Moors/Indians and the United States of 1778 (Delaware Treaty);

87    and Treaty of Peace and Friendship between His Imperial Majesty, Emperor of Morocco and the

88    De jure United States of North America of 1787 and 1836; and Treaty of Peace and Friendship

89    between the Bey and subjects of Tripoli and the De jure United States of North America of 1796;

90    and Treaty of Peace and Friendship signed between the Dey of Algiers and the President of the

91    United States of 1795 only delegate authority to a Moorish Consul or Moor/Indian Deputy and

92    pursuant to the General Treaty between Morocco and Great Britain of 1856 that authority is

93    delegated to the Moorish Consul that appoint the Moorish Sheik to litigate all civil and criminal

94    disputes between Moors and Britain Subjects and United States citizens.

95

96    The Petitioner claims that the judicial authority being usurped over him and his stewardship over

97    property by John McManus, Montgomery County Treasurer and by the State of Ohio (in care of

98    Dave Yost, Attorney General, Parens Patriae) and its courts, injured him and the church. As a

99    Chief/Minister operating under the religious barbary and mosaic codes in the Jurisdictional

100    boundary within the British, French and Spanish Realm (North America), and whose rights and

4

101 property are protected by Moorish and English treaties baring and restricting Respondents who

102 allegedly are usurping the offices of the High Contracting Parties and/or the Consul and Sheik

103 office of the Moorish Government.

104

105 The Petitioner is a Minister of Ministry of Mu, an Ecclesiastical Body and the Trust Protector of

106 said body with standing to challenge Respondent's unconstitutional expenditures and illegal

107 actions as well.

108
109 **STATEMENT OF JURISDICTION**
110
111
112 1. The STATE OF OHIO and its courts and agencies do not have subject matter, territorial or

113 personam jurisdiction under their constitution or ohio revised codes because the Petitioner is an

114 Indian-Moor and a British subject in accordance with the 1646 and 1677 Powhatan Treaties which

115 allows him to now be protected under the 1783 Definitive Treaty of Peace. This court has

116 jurisdiction to hear this writ of quo warranto, and this Petition for Writ of Quo Warranto pursuant

117 to 28 U.S. Code § 1651 section (b), Section 14 of Judiciary Act of 1789 and ancillary claims for

118 litigation is pursuant to Article 3, section 2, clause 1 of the Constitution of the De jure United

119 States to enforce the Definitive Treaty of Peace of 1783 between King George III of Great Britain

120 and the United States of America; and Treaty of Peace, Amity and Understanding between Great

121 Britain and the United States of 1814 (Ghent Treaty); and the Treaty of Navigation and Commerce

122 between Great Britain and the United States of 1796 (Jay Treaty) which are mandatory pursuant

123 to the supremacy clause of the Constitution of the De Jure United States and other applicable

124 authorities.

125
126

5

**VENUE**

2. The United States District Court for the Southern District of Ohio has ancillary powers to hear this writ and the judicial power to enforce treaty rights and protect property from unjust actions and is an appropriate venue under 28 U.S.C. § 1331, Article III, Section 2, Clause 1 of the U.S. Constitution, and Section 14 of Judiciary Act of 1789.

**PARTIES**

A. Petitioner is a Moor-Indian by blood pedigree and also operates as a British subject in the realm of Her Britannic Majesty (North America), who is currently being denied rights under the Definitive Treaty of Peace of 1783 between King George III of Great Britain and the United States of America; and Treaty of Peace, Amity and Understanding between Great Britain and the United States of 1814 (Ghent Treaty); and the Treaty of Navigation and Commerce between Great Britain and the United States of 1796 (Jay Treaty) and the Minister resides at 25 Oyo Village, Myaamionki Province of Morocco, in care of (6403 Kindred Square, Montgomery, Ohio 45449).

B. Respondent the STATE OF OHIO (in care of Attorney General, Dave Yost) and its courts who are trying to usurp the jurisdiction that the Definitive Treaty of Peace of 1783 between King George III of Great Britain and the United States of America does not delegate to them whose office is located at Rhodes State Office Tower, 30 East Broad Street, 14th Floor, Columbus, Ohio 43215.

156    Respondent John McManus, Montgomery County Treasurer who is the state officer that has

157    usurped authority over property protected by the Definitive Treaty of Peace of 1783 between King

158    George III of Great Britain and the United States of America whose office is located at

159    Montgomery County Administration Building, 451 West Third Street, 2nd floor, Dayton, Ohio

160    45422.

161
162
163                          **CONSTITUTIONAL PROVISIONS**
164
165
166
167    3. Article 6 of the supremacy clause of the De jure United States Constitution expressly makes it

168    clear that, treaties are the law of land, and is mandatory self arbitrary decree that it operates as the

169    authorized powers over the States' Executive, Legislative and Judiciary pertaining to alien and

170    national status pursuant to treaties.

171

172    4. Article 6 of the Constitution of De jure United States of North America provides that treaties

173    are the law of the land and the states are bound to obey and enforce it in their political jurisdictional

174    boundaries pursuant to the "self executed language" as the law as follows:

175
176
177              "All Debts contracted and Engagements entered into, before the Adoption of this
178              Constitution, shall be as valid against the United States under this Constitution, as
179              under the Confederation.

180              This Constitution, and the Laws of the United States which shall be made in
181              Pursuance thereof; and all Treaties made, or which shall be made, under the
182              Authority of the United States, shall be the supreme Law of the Land; and the
183              Judges in every State shall be bound thereby, any Thing in the Constitution or Laws
184              of any State to the Contrary notwithstanding.

185     The Senators and Representatives before mentioned, and the Members of the
186     several State Legislatures, and all executive and judicial Officers, both of the
187     United States and of the several States, shall be bound by Oath or Affirmation, to
188     support this Constitution; but no religious Test shall ever be required as a
189     Qualification to any Office or public Trust under the United States."

190

191

192                              **FACTUAL BACKGROUND**

193

194

195     5. The state agencies, departments, offices and courts, as an elected or appointed body are usurping

196     authority that is not delegated to the state citizens elected or appointed as representatives-officers-

197     official of these agencies, departments, offices and courts.

198

199     6. On January 9, 2024,  John McManus (Montgomery County Treasurer) sold a security interest

200     (Tax Certificate 2024-0000000002 & 2024-0000002780) to FIG20 LLC FBO SEC PTY, on our

201     House of Worship without taking into account our treaty, religious, and cultural covenant

202     protections that were placed on the deed which was recorded on 7/31/2020 in Montgomery County,

203     Ohio on 7/31/2020 and on the deed by treaty recorded on 1/14/2021 on a native Moor/Indian Public

204     Record www.amurruprovincia.com/land-titles/. I have reached out several times to the

205     Auditor, Treasurer, Ohio Tax Commissioner to get the property reclassed as 'Private Property

206     Protected By Treaty' but my request were unanswered. I have also filed several public records

207     request with Ohio Secretary of State and Montgomery County Administration Office to produce

208     certified evidence of their power and authority to assess and levy property protected by Treaties. [

209     *See Affidavit in Support for Petition line 5, 6 and Exhibit A* ]

210

7. On or about July 1, 2024, the Petitioner received a correspondence from FIG20 LLC FBO SEC PTY stating Montgomery County Treasurer Office sold them a security interest (Tax Certificate 2024-0000000002 & 2024-0000002780) and Petitioner immediately responded and continued to respond for several months. In the responses he told FIG20 LLC FBO SEC PTY that the state unlawfully sold them an interest in an estate that is protected by treaties and the laws of our church. Petitioner responses were unanswered. [ *See Exhibit B, C1, C2, C3* ]

8. On February 6, 2025, the Petitioner received a letter from Austin B. Barnes and Sandhu Law Group, LLC on the behalf of Finch Investment Group, LLC (FIG20 LLC FBO SEC PTY) that he was going to file a Notice of Intent to Foreclose with Montgomery County Treasurer and to respond within 30 days of letter concerning a security interest (Tax Certificate 2024-0000000002 & 2024-0000002780) and the Petitioner immediately responded telling Mr. Barnes that we could not pay any presentment unless it has been cleared by the British Consul and to contact the British Consul concerning property protected by Treaties. Petitioner response was unanswered. [*See Exhibit D, E1, E2* ]

9. On March 25, 2025, Austin B. Barnes and Sandhu Law Group, LLC on the behalf of Finch Investment Group, LLC (FIG20 LLC FBO SEC PTY), filed a notice of intent to foreclose to John McManus (Montgomery County Treasurer) who granted FIG20 LLC FBO SEC PTY the authority to file a mortgage foreclosure complaint on a property protected by above treaties and is held by our Moor/Indian Church, Ministry of Mu (a Religious and Cultural polity). The matter is entitled "FIG20 LLC FBO SEC PTY VS  V. YESHUA AL MALIK DIVINE REPUBLIC ET AL" (Case Number: 2025 CV 02176 Docket id: 138076408).

234

235    10. John McManus (Montgomery County Treasurer) usurped authority that has not been delegated

236    or granted to him pursuant to the above treaties; United States constitution: or the states'

237    constitution to operate in the office capacity as High Contracting Parties or to enforce or make

238    void a treaty and her protections. The sell of said security interest (Tax Certificate 2024-

239    0000000002 & 2024-0000002780) to FIG20 LLC FBO SEC PTY should be deemed

240    unconstitutional and void ab initio, pursuant to the constitutional authority he has usurp without

241    an appropriation by law.

242

243    11. The allegations of the foregoing paragraphs are incorporated in their entirety herein by

244    reference. No state agency, official, county and municipal entity does not have the delegation of

245    authority to confiscate or repossess property protected by treaties or determine any civil or criminal

246    dispute between a native Moor/Indian or British Subject and citizens of the State or United States

247    pursuant to applicable treaties.

248

249    12. The Court has jurisdiction over this petition and should grant the Writ of Quo Warranto to the

250    Petitioner, a Minister of a Cultural and Religious Body.

251

252

253

254

255

256

257

**LEGAL ARGUMENT**

258

259

260

261 In ***Society v. New Haven, (8 Wheat.) 464, 5 L. Ed. 662 (1823)***, in the U.S. Supreme Court

262 concluded "...The capacity of private individuals (British subjects), or of corporations, created by

263 the crown, in this country, or in Great Britain, to hold lands or other property in this country, was

264 not affected by the revolution. The proper courts in this country will ***interfere to prevent an***

265 ***abuse***.....neither those courts, nor the local legislature where the lands lie, can ***adjudge a forfeiture***

266 of the franchises of the foreign corporation, or of its property...." which is why the Petitioner

267 respectfully requests this Honorable Court to issue the Writ of Quo Warranto to prevent and stop

268 the abuse of STATE OF OHIO and its officials from exercising jurisdiction which the Definitive

269 Treaty of Peace of 1783 between King George III of Great Britain and the United States of America

270 does not delegate to them. In addition, the U.S. Supreme Court concluded "...The property of

271 British corporations, in this country, is protected by the 6th article of the treaty of peace of 1783

272 in the same manner as those of natural persons; and their title, thus protected, is confirmed by the

273 9th article of the treaty of 1794, so that it ***could not be forfeited by any intermediate legislative***

274 ***act***, or other proceeding, for the defect of alienage..." therefore no state agency, official, county

275 and municipal entity does not have the delegation of authority to enforce treaties or make them

276 void; or confiscate, repossess or sell property protected by treaties; or determine any civil or

277 criminal dispute between a British subject and citizens of the State or United States pursuant to the

278 Great Britain treaties.

279

280 It shall be no difficulty for one holding public office as an Attorney General to produce certified

281 evidence delegating his authority to hold office as a Consul to enforce treaties; or to make void of

282 treaties; or as a High Contracting Party; or allow his successors and/or assigns (county agents

283 including but not limited to John McManus, Mary Wiseman, Mathias Heck) to confiscate property

284 of a British subject or Indian in violation of Article 6 of the 1783 treaty between Great Britain and

285 the United States or be forced to pay any duty on effects or goods that are passing or repassing

286 between Contracting Parties boundary line (jurisdiction) in accordance with Article 3 of Treaty of

287 Navigation and Commerce between Great Britain and the United States of 1796 (Jay Treaty).

288

289 The archival records maintained by Ohio Secretary of State and Montgomery County Ohio shows

290 there is no delegation of authority pursuant to treaty. Only the High Contracting Parties to the

291 treaty by law are the only parties that may make a judicial decision on a dispute and according to

292 Article I, Section 10, Clause 1, prohibits states from enacting laws that impair the obligation of

293 contracts and prohibits the state to enter into treaties. STATE OF OHIO or its officials (John

294 McManus & Dave Yost) are not elected officials to handle treaty matters; or to be a Consul; and

295 was not delegated authority from the President or Congress of the United States or the High

296 Contracting Parties to make a judicial decision on a dispute concerning treaty guarantees and

297 rights. The High Contracting Parties office is being usurped without an appropriation by contract

298 law and these actions have severly injured the Petitioner.

299

300

301

302

303

304

305

12

## **PRAYER FOR RELIEF**

306

307

308     The Petitioner seeks two forms of relief from the Court.

309

310     i.   First, for the foregoing reasons and as argued below in the memorandum of law, the

311          Petition for Writ of Quo Warranto should be granted; the requested writ of quo warranto

312          should be issued; and the Court shall order Respondents to answer.

313     ii.  Second, for the foregoing reasons, the Court should issue a judgment against the <u>State of</u>

314          <u>Ohio</u> awarding all litigation costs including attorney's fees to the Petitioner.

315
316
317
318                      ## **<u>MEMORANDUM OF LAW IN SUPPORT OF</u>**
319                      ## **<u>PETITION FOR A WRIT OF QUO WARRANTO</u>**
320
321
322
323     l. GENERAL BACKGROUND.
324
325
326     Petitioner, Yeshua al-Malik El, Moor-Indian ex rel GLENN COCHRAN, British subject is a Moor

327     by consanguinity; blood pedigree; parentage from the woman who is part of this Motherland, her

328     mother and father went into the earth and came out from this earth who claimed it as their domicile-

329     dominion which was granted-conveyed to them by the cosmos and I have never renounced my

330     allegiance to my Motherland (North, Central and South Turtle Island/Atlantis/Arzareth/Morocco)

331     or my title of heredity or position of nobility in said foreign Empire. Yeshua al-Malik El is my

332     religious, heredity and cultural appellation and I am the head of an Indigenous blood pedigree

333     family exercising my rights which is preserved in Indigenous-Aboriginal Treaties. My ancestors

334     entered into treaties in the 17th century, before the United States was formed, stating that if I was

335 born in the British Realm (North America) that I have a right to be protected by the British Treaties
336 which protects my estate as a British subject. GLENN COCHRAN is my English contract name
337 created by my Mother and Father to operate in commerce as an Indian/British subject under
338 alienation status pursuant Indigenous-Aboriginal Treaties with Great Britain, France, Spain, and
339 the De Jure United States of North America within North, Central and South Turtle
340 Island/Atlantis/Arzareth/Morocco of the Western Hemisphere. [ *See Exhibit F* ]

341

342 Petitioner is a native born to the land of North, Central and South Turtle
343 Island/Atlantis/Arzareth/Morocco of the Western Hemisphere who was also born within an
344 occupying European jurisdiction where he loss his national political identity and government by
345 acquisition of sovereignty through language, subjugation and war in violation of treaties and has
346 no central Moorish-Moroccan government or Moorish Consular Court to file this writ. Therefore,
347 pursuant to article 1 of the 1646 Powhatan Treaty and article 1 of the 1677 Middle-Plantation
348 Treaty, our Kings and Queens agreed to come under the protection of England and allows me to
349 claim the status of a British subject. The Petitioner being a kinsman-descendant of the 10 Lost
350 Tribes of Israel and an heir-at-law of these native Moors-Indians by bloodright pedigree, now
351 residing as alien bound by treaty within the political zone of State of Ohio exercising power
352 provided to him by the Holy Books of our Seer, Ministry of Mu Constitution/Bylaws, Isaiah 1:17;
353 Indigenous-Aboriginal Treaties; English Common Law and Treaties.

354

355

356

357

358    The native Moor-Indian Chief/Minister and the Church is currently being denied rights under:

359        i.   Definitive Treaty of Peace of 1783 between King George III of Great Britain and the United

360             States of America; and

361        ii.  Treaty of Peace, Amity and Understanding between Great Britain and the United States of

362             1814 (Ghent Treaty); and

363       iii.  Treaty of Navigation and Commerce between Great Britain and the United States of 1796

364             (Jay Treaty); and

365       iv.   Treaty between the Lenni-Lenape Moors/Indians and the United States of 1778 (Delaware

366             Treaty); and

367        v.   Mosaic Codes

368       vi.   Deuteronomy 19:14

369       vii.  Proverbs 22:28

370

371    The state agents are usurping authority that has not been granted or delegated to them by Treaty;

372    the Contracting Parties of those treaties; the United States constitution; or the STATE OF OHIO

373    constitution and the Petitioner makes the following arguments in support of the petition for

374    issuance of a writ of quo warranto.

375

376    II. TREATY GUARANTEES AND RIGHTS.

377

378    The treaty between Great Britain and the De Jure United States of North America is self evidence

379    that Indigenous and Aboriginal Moors and the associated bands of Indians (American Indians)

380    have the treaty protection to travel and navigate through the land, air and waters or jurisdictions

381    and venues in the British dominions-realms, and pursuant to Article 3 of this treaty and Article

382    XVII of 1856 General Treaty between Morocco and Great Britain, we have the right to pass and

383    repass between the jurisdictions of Great Britain, United States and our own Autochthonous

384    territory and under article 9 of same treaty be regarded as Aliens and as British Subjects who are

385    able to continue to hold Lands according to the nature and Tenure of our Estates and Titles.

386

387    Treaty of Peace, Amity and Understanding between Great Britain and the United States of 1814

388    (Ghent Treaty) is self evidence that Indigenous and Aboriginal Moors and the associated bands of

389    Indians (American Indians) have the treaty protections in article 1 and 9 to be restored in all of our

390    Archives, Records, Deeds, Papers, Possessions, Rights, and Privileges which we have enjoyed or

391    been entitled before the war.

392

393    Treaty between the Lenni-Lenape Moors and the United States of 1778 (Delaware Treaty) is self

394    evidence that Indigenous and Aboriginal Moors and the associated bands of Indians (American

395    Indians) territorial rights shall be GUARANTEED to the heirs.

396

397    Definitive Treaty of Peace of 1783 between King George III of Great Britain and the United States

398    of America; Treaty of Peace is self evidence that Indigenous and Aboriginal Moors and the

399    associated bands of Indians (American Indians) have the treaty protection to not suffer any future

400    loss or damage, either in our person, liberty, or property. No representative, agents attorney, judge

401    of the State of Ohio shall exercise any of the powers properly and respectfully delegated to the

402    High Contacting Parties expressly provided in the treaty between both Contracting Parties that

403    signed that instrument.

404

405    III. RELIGIOUS GUARANTEES AND RIGHTS

406
407    Free Exercise of Religion, Customs, Festivals, Traditions, Spiritual, Self-Determination Pratices,

408    Rites and Freedom from the oppressors is guaranteed by LEVITICUS 25: 8 - 55 and MICAH 4:4.

409    "Christ has set us free from all systems of bondage" - Galatians 5:1.

410

411    IV. POINTS OF LAW AND ANALYSIS

412

413    It shall be noted at the outset in this situation before the court is that the substantial issue in this

414    case concerns the effect of the Moor/Indian treaty violations on the jurisdiction of State of Ohio in

415    the United States of North America over the self executed treaties protecting Indigenous-

416    Aboriginal Moors of a House/Clan within the Moroccan Empire and the British Realm pursuant

417    the 1856 treaty between Great Britain and Morocco and the self executed treaties protecting

418    Indigenous-Aboriginal Moors of a House/Clan within the British Empire pursuant the Definitive

419    Treaty of Peace of 1783 between King George III of Great Britain and the United States of

420    America. This question involves the complex relationship between domestic and international law.

421

422    This must be addressed as a very important issue when pertaining to Indigenous-Aboriginal Moor-

423    Indians living in their own lands, waters and air-space among Her British and English subjects,

424    colonies and corporate subsidiaries such as the (United States of North America and the District

425    of Columbia).

426

427   The Petitioner has examined the applicable treaty provisions to establish that they were indeed

428   ignored and breached by the Respondents and makes the following arguments in support of the

429   petition for issuance of a writ of quo warranto.

430
431
432                                    **TREATY PROVISIONS**
433
434
435   The treaties of concern are:
436
437
438   a.  Definitive Treaty of Peace of 1783 between King George III of Great Britain and the United

439       States                      of                      America;                      and

440

441   b.  Treaty of Navigation and Commerce between Great Britain and the United States of 1796

442       (Jay                                    Treaty);                                    and

443

444   c.  Treaty of Peace, Amity and Understanding between Great Britain and the United States of

445       1814                      (Ghent                      Treaty);                      and

446

447   d.  Treaty between the Lenni-Lenape Moors/Indians and the United States of 1778 (Delaware

448       Treaty).

449
450
451   The Petitioner has a right to other treaty protections but they are not self-executed and only a

452   Moorish Consul or Moorish Government can enforce. The Petitioner also believes these nonself-

453   executed   treaties   were   breached   and   ignored,   such   as   the   following:

454

455   Treaty of Peace and Friendship between His Imperial Majesty, Emperor of Morocco and the De

456   jure United States of North America of 1787 on the Jurisdictional Territories and High Seas,

457  ratified and Signed, Autographed by the United States Congress and President of the United States

458  of North America on July 18, 1787; and

459

460  Further, the Treaty of Peace and Friendship between the Bey and subjects of Tripoli and the De

461  jure United States of North America of 1796 makes it factually clear on the Jurisdictional

462  Territories and High Seas, ratified and Signed, Autographed by the United States Congress and

463  President of the United States of North America on June 7, 1797 and taking effect June 10, 1797;

464  and

465

466  Further, The General Act of Algeciras (entered into force January 22, 1907) in Article 123, its

467  written and say, and last, All treaties, conventions, and arrangements of the Signatory Powers with

468  Morocco remain in force, It is understood, however, that in case of conflict between their

469  provisions and those of the present General Act, the stipulations of the latter shall prevail.

470

471  Further, the RIGHT OF PROTECTION IN MOROCCO (entered into force May 10, 1881 and

472  proclaimed by the President on December 21, 1881) in Article 1, its written and say,  conditions

473  under which the protection may be conceded are those established in the British and Spanish

474  treaties with the Government of Morocco; and

475

476  Further, in Article 5 that The Government of Morocco recognizes the right of Ministers Charges

477  d'Affaires and other Representatives, which is granted to them by treaties, to select the persons

478  whom they employ, either in their own service or that of their governments, unless such persons

479  shall be sheiks or other employees of the Government of Morocco, such as soldiers of the line or

19

480    of the cavalry, in addition to the Maghaznias in command of their guard. In like manner they shall

481    not be permitted to employ any subject of Morocco who is under prosecution.

482

483    These treaties set forth principles of international law governing the relations of the ratifying states

484    with respect to territorial jurisdiction to decide civil and criminal disputes in Morocco dominion

485    and British-France-Spanish jurisdictional political zones including those waters adjacent to a

486    Moorish-Moroccan and British-France and Spanish states' coasts in Northwest-Central and South

487    Morocco-Africa-America within the Western Hemisphere that subject to its sovereignty, and to

488    the land and high seas, those waters lying seaward of the territorial lands, seas and subject to the

489    sovereignty territories of the Moorish Governments, the British-France and Spanish territories and

490    political zones.

491
492
493
494    **CONCLUSION**
495
496
497    The treaties are the only authorized contract that empower both High Contracting Parties that

498    signed the instrument. The U.S. Constitution - Article 3, Section 2, Clause 1 allow the Federal

499    court to issue Writs to protect parties rights. So, good cause must exists for those holding position

500    as Ohio Attorney General and Montgomery County Treasurer to usurp authority not granted to

501    them by Definitive Treaty of Peace of 1783 between King George III of Great Britain and the

502    United States of America or its Contracting Parties; or the United States government; or the Ohio

503    government, and should be ordered to provide a valid and sufficient reason along with formal

504    certified evidence of their authority pursuant to above Treaty of Peace of 1783 and other stated

505 treaties or cease and desist from any further judicial authority being usurped without an

506 appropriation by law.

507

508 Only the High Contracting Parties to a treaty by law are the only parties that may make a judicial

509 decision on a dispute and this court has ancillary power to hear this writ, jurisdiction to grant this

510 writ of quo warranto pursuant to 28 U.S. Code § 1651, section (b) and Section 14 of Judiciary Act

511 of 1789 and judicial power pursuant to Article 3, Section 2, Clause 1 of the U.S. Constitution to

512 prevent and stop the STATE OF OHIO and its officials from exercising jurisdiction which the

513 Definitive Treaty of Peace of 1783 between King George III of Great Britain and the United States

514 of America does not delegate to them.

515

516 I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge

517 and belief.

518
519
520 X _Yeshua Edward Glenn Cochran_
521                                    Affiant
522
523
524
525 **Drafted by**
526
527 Yeshua al-Malik El - Divine Overseer
528 Ministry of Mu [YESHUA AL MALIK DIVINE REPUBLIC TRUST]
529 25 Drew Ali Way
530 Myaamionki Province of Morocco
531 in care of postal suite 1-A in America
532 4236 Merrimac Avenue
533 Montgomery County, Ohio 45405
534
535
536
537
538

21

## STATEMENT OF VERIFICATION

539
540
541
542    I, Yeshua al-Malik El, Moor-Indian ex rel GLENN COCHRAN, British Subject, verify that I have

543    read the foregoing "Writ of Quo Warranto," and, that the facts related therein are true and correct

544    to the best of my knowledge, information, and belief, and that any false statements herein are made

545    subject to the penalties of perjury.

546
547
548    X _____
549                        Affiant
550
551

552

553

554

555

556

557

558

559

560

561

562

563

564

565

## CERTIFICATE OF SERVICE

The service will be made by a United States marshal or deputy marshal or by a person specially appointed by the court will be serving a true and correct copy of the foregoing "Petition For A Writ of Quo Warranto" upon the person(s) in the manner indicated below which satisfies the requirements of Rule 4(c)(3) of The Federal Rules of Civil Procedure (FRCP).

Service by U.S. Marshall to:

Respondents:

Dave Yost, Ohio Attorney General
Rhodes State Office Tower,
30 E Broad Street
14th Floor
Columbus, Ohio 43215

John McManus, Montgomery County Treasurer
Montgomery County Administration Building,
451 West Third Street, 2nd floor,
Dayton, Ohio 45422.


Date: April 24, 2025

Yeshua El ex rel GLENN COCHRAN, Petitioner, Pro Se
in care of
4236 Merrimac Avenue
Dayton, Ohio 45405

23

604
605 **<u>AFFIDAVIT OF SUPPORT OF MOTION FOR WRIT OF QUO WARRANTO</u>**
606
607
608 I, Yeshua El, being first duly sworn, depose and state as follows:
609
610     1.  I am over 18 years of age and of sound mind and body.

611

612     2.  I have read and understand the local rules of procedure and are following these
613         procedures                                   properly.

614

615     3.  I have requested that the following Petition and this supporting affidavit, along with
616         relevant exhibits, to be served by the U.S. Marshall.

617

618     4.  The property in which the STATE OF OHIO dba MONTGOMERY COUNTY
619         TREASURE is trying to usurp jurisdiction over was purchased with our Treaty
620         Insurance stated on the instrument and with lawful money according to the treaties,
621         the Holy Bible and the U.S. Constitution. [ *see exhibit G* ]

622

623     5.  I, have been asking the MONTGOMERY COUNTY TREASURER and its
624         officials to reclass property since 2021 [ *see exhibit H1* ] with no resolve and the
625         reason this Petition of Quo Warranto is being filed.

626

627     6.  I, have sent the MONTGOMERY COUNTY TREASURER and its officials our
628         deed by treaty along with our request. [ *see exhibit H2*]

629

630    7. I am asking Respondents for the following items:

631    8. a) Certified evidence showing delegation of authority pursuant to the treaties in line

632        32 – 42 of this petition , or b) In such absence of showing cease and desist any

633        further                          judicial                          authority.

634

635    9. I have filed this writ in a timely manner and with the proper local authority

636        (Southern            District            Court            of            Ohio).

637

638    10. I, have reached out several times to different state and county agencies about their

639        delegation of authority to levy and assess property protected by treaties and without

640        our consent    [ *see exhibit H1 and affidavit in support line 5, 6* ]

641

642    11. I, have went to the Sheriff's office to file a report/complaint about the County

643        officers usurping authority that is not delegated to them and they turned me down

644        and        said        to        file        complaint        with        the        federal        court.

645

646    12. I, Yeshua al-Malik El has exhausted all lawful remedies and request known to me

647        to get the STATE OF OHIO and its counties from usurping jurisdiction that has not

648        been delegated to them pursuant to the Definitive Treaty of 1783 and other

649        applicable treaties and now files this WRIT OF QUO WARRANTO, so the United

650        States, a High Contracting Party can intervene until I can get a response from the

651        other    Contracting    Party,    Great    Britain    and/or    the    British    Consul.

652

653           13. This affidavit shall serve as an Exhibit.

654
655

656
657
658
659
660
661    X _____
662                        Affiant
663
664
665
666
667   STATE OF    OHIO             :
668                               :
669   COUNTY OF  Montgomery   :
670
671
672
673   Signed and sworn (or affirmed) before me on ___April___ day of 24, 20 25, by
674   Yshua El axrel GLENN COCHRAN proved to me based on satisfactory evidence
675   to be the person who appeared before me.

676
677
678                              _____
679                              Notary Public
680
681                           My Commission Expires: 2-23-30
682
683
684
685
686
687
688
689
690
691
692
693
694
695
696
697

26