# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GLENN COCHRAN, | : Case No. 3:25-cv-124 |
| Plaintiff, | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| STATE OF OHIO, *et al.*, | : |
| Defendants. | : |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant State of Ohio filed a Motion to Dismiss on May 15, 2025. (Doc. #8). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **June 9, 2025**. *See* S.D. Ohio Civ. R. 7.2(b). If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your claims against this Defendant may be dismissed.

May 16, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge