# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GLENN COCHRAN, | : | Case No. 3:25-cv-124 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| STATE OF OHIO, *et al.*, | : | |
| Defendants. | : | |

---

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

---

You are hereby notified that Defendant Montgomery County Treasurer filed a Motion to Dismiss on June 26, 2025.  (Doc. #19).  You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **July 21, 2025**.  *See* S.D. Ohio Civ. R. 7.2(b).  If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

June 27, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge