**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| GLENN COCHRAN, | : | Case No. 3:25-cv-124 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| STATE OF OHIO, *et al.*, | : | |
| Defendants. | : | |

---

**NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS**

---

You are hereby notified that Defendant State of Ohio filed a Motion to Dismiss on November 24, 2025. (Doc. #26). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **December 16, 2025**. *See* S.D. Ohio Civ. R. 7.2(a). If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

November 25, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge